1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                           SOUTHERN DISTRICT OF CALIFORNIA

10

11   ROSALIE MAI, an individual,        )   Case No. 10cv235-JM (BLM)
                                         )
12                    Plaintiff,         )   **ORDER DENYING JOINT MOTION AND**
                                         )   **CONVERTING EARLY NEUTRAL**
13   v.                                  )   **EVALUATION CONFERENCE TO**
                                         )   **TELEPHONIC EARLY NEUTRAL**
14   BERKSHIRE LIFE INSURANCE            )   **EVALUATION CONFERENCE**
     COMPANY OF AMERICA, a business      )
15   entity of unknown form; and         )   [Doc. No. 7]
     DOES 1 through 10, inclusive,       )
16                                       )
                      Defendant.         )
17   _____    )

18        On March 4, 2010, the parties to the above matter stipulated "that

19   the ENE Conference currently set for March 12, 2010, be continued to

20   April 9 at 10:00 a.m. and all related dates and deadlines, including the

21   parties' initial disclosures..., be continued until after April 9,

22   2010."  Doc. No. 7.  Pursuant to the Local Rules for the Southern

23   District of California, "stipulations must be recognized as binding on

24   the court only when approved by the judge" and "[a]ny stipulation for

25   which court approval is sought must be filed as a 'joint motion.'"  L.R.

26   7.2(a), (b).  Therefore, the Court will construe the instant stipulation

27   as a joint motion.

28        Citing the unavailability of Plaintiff's counsel, the parties

first request that the Early Neutral Evaluation Conference ("ENE")
scheduled for March 12, 2010 be continued to April 9, 2010.  Doc. No.
7.  Local Rule 16.1(c) requires that an ENE take place within forty-five
days of the filing of the first answer.  The parties proposed date is
well outside this time frame; therefore, their request is **DENIED**.
Instead, the Court **CONVERTS** the ENE to a <u>telephonic</u>, <u>attorney-only</u> ENE
to be held on **<u>March 11, 2010</u>** at **<u>11:00 a.m.</u>**  The Court will initiate the
conference call.  The parties need not submit confidential statements.

The parties also request that the deadline for initial disclosures
be continued until after April 9, 2010.  Doc. No. 7.  The Court notes
that the deadline for making the disclosures required by Federal Rule
of Civil Procedure 26(a)(1)(A) through (E) was February 26, 2010.  <u>See</u>
doc. no. 5 at 5.  However, the parties did not file the instant motion
until March 4, 2010, six days after the deadline had passed.  Therefore,
the parties' request is **DENIED** and they are **ORDERED** to immediately make
the required disclosures.

**IT IS SO ORDERED.**

DATED:  March 5, 2010

BARBARA L. MAJOR
United States Magistrate Judge

-2-                                                      10cv235-JM (BLM)