UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE MAI, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a business entity of unknown form; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 10cv235-JM (BLM)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>[Doc. No. 16] |

    On April 29, 2010, the parties to the above action filed a joint motion to continue the Mandatory Settlement Conference ("MSC") currently scheduled for May 12, 2010, at 9:30 a.m. Doc. No. 16. In support of their motion, the parties represented that counsel for Defendant is unavailable to attend the MSC due to the requirement that she appear for jury duty, and because the parties are "currently diligently engaged in settlement negotiations," they wish to continue the MSC to June 10, 2010, at 9:30 a.m. Id. Good cause appearing, the parties' joint motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1     The MSC is hereby continued to **June 11, 2010** at **1:30 p.m.**
2 All requirements pertaining to the previously set conference,
3 including the requirement that all counsel and parties appear in
4 person, apply. <u>See</u> Doc. No. 14.
5     **IT IS SO ORDERED.**

7 DATED: May 4, 2010

                        */s/ Barbara L. Major*

                        BARBARA L. MAJOR
                        United States Magistrate Judge